```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                   EASTERN DIVISION
```

GEORGE L. BROWN AND
FREDDIE G. BROWN                                    PLAINTIFFS

VS.                              CIVIL ACTION NO. 4:05CV28LR

J.P. MORGAN/CHASE BANK AND
EMC MORTGAGE CORPORATION                            DEFENDANTS

### JUDGMENT

Based on the court's order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 27th day of July, 2006.

```
                            /s/ Tom S. Lee
                          UNITED STATES DISTRICT JUDGE
```